UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| STEVEN R. HAWKINS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 4:10CV2222 JCH |
| | ) |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

## ORDER

This matter arises on the Report and Recommendation of United States Magistrate Judge Thomas C. Mummert, III, filed October 19, 2011. See 28 U.S.C. §636. In his report, Magistrate Judge Mummert recommends that the Court dismiss Plaintiff's Complaint for failure to prosecute and failure to comply with a Court order. Plaintiff was granted fourteen (14) days to object to the recommendation, but to date has filed no objections.

Upon careful consideration of the Report and Recommendation and the record in this case,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the United States Magistrate Judge (ECF No. 10) is **SUSTAINED, ADOPTED, AND INCORPORATED** herein.

**IT IS FURTHER ORDERED** that Plaintiff's Complaint is **DISMISSED** for failure to prosecute and failure to comply with a Court order. A separate Judgment will accompany this Order.

Dated this  7th  day of November, 2011.

/s/Jean C. Hamilton
UNITED STATES DISTRICT JUDGE